UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ADRIAN RUSSELL,**

    **Plaintiff,**

v.                                              Case No. 5:22-cv-247-TKW/MJF

**CONNOR HELMS,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice because Plaintiff has not paid the filing fee and is barred by 28 U.S.C. §1915(g) from proceeding *in forma pauperis*. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is **DISMISSED without prejudice** under 28 U.S.C. §1915(g).

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 9th day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**